# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
Delaware River Stevedores, Inc.           )       ASBCA No. 61902
                                          )
Under Contract No. HTC711-18-D-R012       )

APPEARANCE FOR THE APPELLANT:             Eugene Mattioni, Esq.
                                           Mattioni, Ltd.
                                           Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:           Jeffrey P. Hildebrant, Esq.
                                           Air Force Deputy Chief Trial Attorney
                                          Christopher M. Judge, Esq.
                                           Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 21, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61902, Appeal of Delaware River Stevedores, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals